UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM DALE CARMAN, | No. 2:24-cv-3455 CKD P |
| Petitioner, | |
| v. | ORDER |
| UNKNOWN, | |
| Respondent. | |

Mr. Carman has filed a motion the court construes as a request to toll the limitations period for a yet-to-be-filed petition for a writ of habeas corpus. The court cannot take any action until a habeas petition is filed. As Mr. Carman has not filed a habeas petition, his motion (ECF No. 1) is denied, and the Clerk of the Court is directed to close this case. As to when the limitation period will expire, or whether it has already expired, the court cannot provide Mr. Carman with legal advice.

Dated: December 17, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
carm3455.mfs